UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

    Plaintiffs,

v.

BRNK SANTA ROSA LLC, et al.,

    Defendants.

Case No. 14-cv-05224-VC

**ORDER GRANTING EXTENSION REQUEST AND SETTING CMC**

The plaintiffs' request for an additional 90 days to conduct General Order 56 is granted. A status conference is scheduled for September 22, 2015 at 10 a.m. The joint updated status report is due 7 days prior to the conference.

**IT IS SO ORDERED.**

Dated: June 10, 2015

VINCE CHHABRIA
United States District Judge