THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email:   tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>    Plaintiffs,<br><br>v.<br><br>BRNK SANTA ROSA LLC, a Delaware Limited Liability Company; EMILIA OCHOA and EMILIANO OCHOA dba EL PATIO MEXICAN FOOD; JOHN S. STROUZAS AND BETSIE J. STROUZAS, Trustees under Revocable Trust dated July 2, 1986; SPYRIDON J. STROUZAS; and BARBARA F. STROUZAS,<br><br>    Defendants. | CASE NO. 3:14-cv-05224-VC<br><br>**Civil Rights**<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

  **IT IS STIPULATED**, by and through plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and Defendants EMILIA OCHOA and EMILIANO OCHOA dba EL PATIO MEXICAN FOOD, respective attorney of record that plaintiffs be permitted leave to file the proposed Second Amended Complaint (attached as Exhibit "A" is the proposed Second Amended Complaint) for the following reasons:

  1.  **Whereas**, plaintiffs' counsel has learned that defendants JOHN S. STROUZAS and BETSIE J. STROUZAS, Trustees under Revocable Trust dated July 2, 1986, SPYRIDON J. STROUZAS and BARBARA F. STROUZAS are not the property owner for (land and building)

located at or near 425 Stony Point Road, Santa Rosa, California.  A Notice of Voluntary l Dismissal has been filed; and

2.     **Whereas**, plaintiffs' counsel has further investigated the matter and has found and named the correct property owners for (land and building) located at or near 425 Stony Point Road, Santa Rosa, California in the complaint.  The correct property owners are FRED J. F. LEE and JEAN K. LEE, Trustees of the Lee Family Trust, U.D.T. July 26, 1996; SALLY JANE LEE, Trustee of the Sally Jane Lee Survivor's Trust u/t Carl Kwock Fon Lee and Sally Jane Lee Revocable Trust, dated April 23, 1996; SALLY JANE LEE, Trustee of the Carl Lee QTIP Trust u/t Carl Kwock Fon Lee and Sally Jane Lee Revocable Trust, dated April 23, 1996; SALLY JANE LEE, Trustee of the Carl Lee Bypass Trust u/t Carl Kwock Fon Lee and Sally Jane Lee Revocable Trust, dated April 23, 1996; and

3.     **Whereas**, the answer previously filed by defendants EMILIA OCHOA and EMILIANO OCHOA dba EL PATIO MEXICAN FOOD shall serve as the answer for defendants to the Second Amended Complaint.

Respectfully Submitted,

Dated: August 31, 2015           THOMAS E. FRANKOVICH,

*A PROFESSIONAL LAW CORPORATION*

By:      /s/Thomas E. Frankovich
         Thomas E. Frankovich
Attorney for Plaintiffs IRMA RAMIREZ and
DAREN HEATHERLY

Dated: August 31, 2015           JASON G. GONG
                                 **LAW OFFICES OF JASON G. GONG**

By:_____/s/Jason G. Gong_____
         Jason G. Gong

SECOND STIPULATION and [PROPOSED] ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT
CASE NO. 3:14-cv-05224-VC

Attorney for Defendants EMILIA OCHOA and EMILIANO OCHOA dba EL PATIO MEXICAN FOOD

**ORDER**

Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiffs IRMA RAMIREZ and DAREN HEATHERLY have leave of this Court to file the Second Amended Complaint attached hereto as Exhibit "A," and that the answer previously filed by defendants EMILIA OCHOA and EMILIANO OCHOA dba EL PATIO MEXICAN FOOD shall be deemed an answer to the Second Amended Complaint.

Dated: September 2, 2015   _____

Honorable Vince Chhabria
United States District Judge of California