1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

IRMA RAMIREZ, et al.,

Case No.  14-cv-05224-VC

Plaintiff,

5

6

v.

**ORDER OF DISMISSAL**

7

EMILIA OCHOA, et al.,

Defendant.

8

9

10

11

12

13

The Court has been advised by the ADR remark in ECF vacating the mediation scheduled for May 31, 2016, filed on June 3, 2016, that the parties have resolved this case. (Re: Dkt. No. 41). Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

14

15

16

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

17

**IT IS SO ORDERED.**

18

Dated: June 7, 2016

19

20

_____

VINCE CHHABRIA
United States District Judge

21

22

23

24

25

26

27

28

United States District Court
Northern District of California